UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$30,000 U.S. CURRENCY,<br><br>    Defendant. | NOS. CV-08-3078-RHW<br>        CV-08-3079-RHW<br><br>**ORDER OF DISMISSAL** |

By previous order, the Court proposed to amend the criminal judgments in Cause Nos. CR-05-2099-RHW-3 and CR-05-2099-RHW-6, and to dismiss both CV-08-3078-RHW and CV-3079-RHW as moot.

No objection appearing, **IT IS HEREBY ORDERED** that the above-captioned matters are **dismissed with prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order in both above-captioned cases, forward copies to counsel, and **close the files.**

**DATED** this 25th day of March, 2010.

                       *s/Robert H. Whaley*
                       ROBERT H. WHALEY
                       United States District Judge

Q:\CIVIL\2008\08-3078 & 3079\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1